JANICE M. REITER BOUMAN v. ROBERT J. REITER.

210 N. W. 2d 215.

August 10, 1973—No. 43642.

*Lapp, Lazar, Laurie & Smith* and *Raymond M. Lazar,* for appellant.

PER CURIAM.

This is an appeal from an order amending a divorce decree to reduce child support payments by $10 per week. The trial court has discretion in deciding whether circumstances have changed sufficiently to necessitate modifying the child support provisions of a divorce decree. We will not reverse the trial court's decision in this matter absent a clear abuse of that discretion. Kiesow v. Kiesow, 270 Minn. 374, 133 N. W. 2d 652 (1965). A careful review of this record reveals no abuse of discretion.

Plaintiff argues that the failure of the trial court to make written findings of fact constitutes reversible error. While we have recognized this to be the better practice,[1] it is not technically required.[2]

No attorneys' fees or costs are allowed to either of the parties for this appeal.

Affirmed.

---

[1] Kiesow v. Kiesow, 270 Minn. 374, 133 N. W. 2d 652 (1965).
[2] Rule 52.01, Rules of Civil Procedure.